**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DELTA AIR LINES, INC.,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-1783-Orl-31DAB**

**PLANET AIRWAYS, INC.,**

       **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　**MOTION FOR FINAL JUDGMENT AFTER DEFAULT (Doc. No. 15)**
>
> **FILED:**　**April 14, 2005**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    Plaintiff sued Defendant for monies owing under a Master Charter Agreement. Doc. No. 15, Ex. 2. Plaintiff obtained an entry of default on January 27, 3005. Doc. No. 11. Plaintiff seeks a final judgment of $146,504.89 (plus interest) based on the affidavit of Candace Rozier, Corporate Credit & Collections Supervisor for Plaintiff. Doc. No. 15, Ex. 1. Ms. Rozier's Affidavit supports the past due principal sum of $146,504.89, plus interest of $12,660.22 (as of April 7, 2005), with interest accruing at $70.28 per day until judgment is entered.

It is respectfully **RECOMMENDED** that the Motion be **GRANTED** and judgment be entered against the Defendant for $146,504.89 plus interest accrued at the time of judgment.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 21, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy