# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DELTA AIR LINES, INC.,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-1783-Orl-31DAB**

**PLANET AIRWAYS, INC.,**

      **Defendant.**

_____

# ORDER

Upon consideration of the Report and Recommendation dated April 21, 2005 (Doc. 16), to which no objections have been filed, it is

**ORDERED** that the Report and Recommendation is hereby CONFIRMED and ADOPTED as part of this Order. Plaintiff's Motion for Entry of Final Judgment (Doc. 15) is GRANTED, and the Clerk is directed to enter Judgment for Plaintiff and against Defendant in the amount of $146,504.89 principal, plus interest in the amount of $14,698.34, for a total sum of $161,203.23.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 6, 2005.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party